1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  ALONDRA COLE; D.D., a minor, and A.S., a minor by and through their 13  Guardian Ad Litem, SHEQUITA CHAMBERLIN 14  Plaintiffs, 15  vs. 16  COUNTY OF LOS ANGELES; LOS 17  ANGELES DEPARTMENT OF CHILDREN AND FAMILY 18  SERVICES; BARBETTE TRAYLOR; CARMEN NARVAEZ; 19  CLAIRESA MENA, and DOES 1 THROUGH 10, INCLUSIVE, 20  Defendants. 21 | CASE NO. CV10-5701-GHK (RCx)  **[Proposed] PROTECTIVE ORDER**  **[*Discovery matter for determination by the Honorable Frederick F. Mumm]*  Note Changes Made By Court. |

22

23

24

25

26

27

28

PURSUANT TO THE ORDER OF THIS COURT ENTERED BY THE HONORABLE FREDERICK F. MUMM, UNITED STATES MAGISTRATE JUDGE, on August 12, 2011, the parties hereto, Plaintiffs ALONDRA COLE, A.S., a minor, and D.D., a minor, by and through their Guardian Ad Litem, Shequita Chamberlin (hereinafter collectively referred to as PLAINTIFFS), by and

– 1 –

**JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

through their attorneys of record   Paul W. Leehey and Donnie R. Cox;   and Defendants COUNTY OF LOS ANGELES, BARBETTE TRAYLOR, CARMEN NARVAEZ, and CLARISSA MENA (hereinafter collectively referred to as DEFENDANTS), by and through their attorneys of record Danielle F. Sussan and David J. Weiss of the Law Offices of David J. Weiss, and Tomas A. Guterres of Collins Collins Muir +Stewart LLP, (hereinafter all parties are collectively referred to herein as "THE PARTIES"),   HEREBY STIPULATE AND AGREE upon the following as the COURT'S ORDERED PROTECTIVE ORDER, as follows:

1.    In accordance with the August 12, 2011 Order of the Court denying DEFENDANTS' Motion to Quash, and ordering DEFENDANTS to comply with PLAINTIFFS' subpoena issued by PLAINTIFFS counsel of record Paul W. Leehey and Donnie R. Cox, to Defendant Los Angeles County of Los Angeles Department of Children and Family Services (hereinafter DCFS), DEFENDANT  D.C.F.S. is ordered to provide all such subpoenaed records to PLAINTIFFS' licensed and bonded copy and/or scanning company, that being ATTORNEYS DIVERSIFIED,   for inspection copying and/or scanning; said subpoenaed items to be provided at the Law Offices of David J. Weiss, located 11340 W. Olympic Blvd., Suite 100, Los Angeles, CA 90064.

2.     It is agreed that all said subpoenaed documents,  records, writings and other tangible items or things  shall be provided in the manner they are maintained, and any documents, records, writings and other tangible items stored upon a  computer system or other electronic means shall be provided in hard copy format,  so that they can be copied and/or scanned, and thereafter Bate stamped and/or marked in an identifiable fashion such that all of THE PARTIES can use and identify said items in these proceedings.

///

///

///

///

**JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER**

3.      THE PARTIES stipulate that the released subpoenaed items shall only be used for the limited purpose of this civil action, pursuant to the order issued by Magistrate Judge Frederick Mumm, dated August 12, 2011; and except as necessary in this civil **case**, the released subpoenaed items shall not be disseminated to anyone other than the following:

     a.      THE PARTIES to this lawsuit;

     b.      Counsel for THE PARTIES hereto, including their respective associates, clerks, legal assistants, stenographic personnel and firms retained by counsel to provide litigation services and the employees of said firms;

     c.      Independent experts, consultants, and other independent contractors actually retained or employed to consult with, advise or assist counsel in the preparation for the trial of this case, or any person actually consulted or contracted by counsel for any party in connection with the preparation for trial in the civil case;

     d.      Such other persons hereinafter may be designated by written stipulation of THE PARTIES, or by further order of the court.

     **e.      The Court and its personnel.  (FFM)**

4.       In the event that counsel provides any of the released documentation and material to any of the persons designated in Section 3 above, for review, the documents and material are to be kept confidential and are only to be used by such persons for the purpose of this action.  Such persons must agree to be bound to the terms of this protective order.

///
///
///
///
///
///
///

– 3 –

5.     This Stipulation, upon entry, is binding on all THE PARTIES as an Order of the Court, and shall bind THE PARTIES represented by the undersigned counsel, including but not limited to THE PARTIES' co-counsel, agents, officers, employees, and representatives who receive notice of this stipulation and order, and all other parties who appear in this case during the course of this litigation.

HAVING  REVIEWED  AND  CONSIDERED  THE  FOREGOING STIPULATION OF THE PARTIES ENTERED IN ACCORDANCE WITH THIS COURT'S PRIOR ORDER, and upon good cause appearing for the same,

**IT IS SO ORDERED.**

DATE: August 26, 2011                    /S/ FREDERICK F. MUMM
                                         FREDERICK F. MUMM
                                         United States Magistrate Judge

**JOINT STIPULATION AND [PROPOSED] PROTECTIVE ORDER**